UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| RAYSHEEMA C FINNEY | Bankruptcy No. 24-13374-DJB |
| Debtor | |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.  Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.  The within case was commenced by the filing of a Chapter 13 petition on 09/20/2024.

3.  This Motion to Dismiss has been filed for the following reason(s):

    - There has been a material default by debtor(s) with respect to a term of a confirmed plan pursuant to 11 U.S.C. Section 1307 (c )(6).

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 01/08/2026

Respectfully submitted,

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trusteee
190 N. Independence Mall West
Suite 701
Philadelphia, PA  19106
Telephone: (215) 627-1377